# EXHIBIT I

**BLUE TARPON CAPITAL, LLC**

July 9, 2020

Industrial Minerals Group, LLC
ATTN: Hunter Hobson, President
144E Marketplace Blvd.
Knoxville, TN 37922

Kopper Glo Mining, LLC
ATTN: Hunter Hobson, President
144E Marketplace Blvd.
Knoxville, TN 37922

INMET Mining, LLC
ATTN: Hunter Hobson, President
144E Marketplace Blvd.
Knoxville, TN 37922

Re: Additional Information Request

To whom it may concern:

Blue Tarpon LLC requires additional information per terms of the Senior Secured Promissory Note.  Please provide the below information by July 16, 2020, via file server (which Blue Tarpon can provide if necessary).

- *All unaudited financial statements for 2019 and YTD 2020.*
- *2019 Salary and Bonus for Keith Dyke and Hunter Hobson.*
- *2020 Monthly Salary for Keith Dyke and Hunter Hobson by month.*
- *Any distributions (tax related or otherwise) to Keith Dyke and Hunter Hobson since inception.*
- *Disbursement listing for each entity with date, disbursement reference (i.e. check number), vendor and amount paid.*
- *Monthly bank reconciliations for each bank account from inception through June 30, 2020, with corresponding bank statement.*
- *List of all secured and unsecured creditors by entity as of June 30, 2020 with amounts owed.  Please label as secured and unsecured.*
- *Detailed monthly burn rate for all entities separately and on combined basis for the months of January through June of 2020 and the projected monthly burn rate for the remaining months of this year.*
- *All written or email correspondence with any creditors including all correspondence with vendors.*
- *Detailed list of all assets of each company this letter is addressed to, including but not limited to any deposits held by vendors, mobile equipment, and plant equipment.*
- *Detailed list of all liabilities of each company this letter is addressed to, including an accounts payable aging schedule.*
- *PPP loan proceeds received by entity.*
- *PPP loan proceeds spent vs remaining by entity.*
- *List of all current and future reclamation projects with detailed amounts remaining to complete each reclamation project and associated bonding amounts.*
- *All notices or orders from, and all correspondence to or from, the DEP, OSM or MSHA.*
- *All correspondence with bonding companies.*
- *Coal sales schedules, including tons committed and price*
- *Inventory detail, including breakdown of clean/raw/qualities*

We appreciate your prompt attention to this information request.

Sincerely,

Corbin J Robertson III