# EXHIBIT J

# BLUE TARPON CAPITAL, LLC
July 29, 2020

Industrial Minerals Group, LLC
ATTN: Hunter Hobson, President
144E Marketplace Blvd.
Knoxville, TN 37922

Kopper Glo Mining, LLC
ATTN: Hunter Hobson, President
144E Marketplace Blvd.
Knoxville, TN 37922

INMET Mining, LLC
ATTN: Hunter Hobson, President
144E Marketplace Blvd.
Knoxville, TN 37922

Re: Notice of Acceleration Under Loan Documents

Gentlemen:

By Notice of Default dated July 8, 2020, Blue Tarpon Capital, LLC ("Lender") advised Industrial Mineral Group, LLC ("IMG") and Kopper Glo Mining, LLC ("Kopper Glo" and together with IMG, "Borrowers") and INMET Mining, LLC ("Guarantor") that events of default existed and were continuing under its loan to Borrowers (the "Loan") as evidenced by that certain Senior Secured Promissory Note dated March 13, 2018, made payable by Borrowers to Lender in the original principal amount of $2,500,000.00, as amended and restated by that certain Amended and Restated Senior Secured Promissory Note dated October 9, 2018 which increased the principal amount of the Borrowers' obligation to $4,350,000.00, and as further amended by that certain Amendment No. 1 to the Amended and Restated Senior Secured Promissory Note dated as of January 3, 2020 (the foregoing are collectively referred to herein as the "Note") and other loan documents as more particularly described in the Notice of Default (collectively the "Loan Documents").

Borrowers and Guarantor failed to cure any of such defaults within the cure period provided therein. Therefore, Lender is hereby accelerating the entire indebtedness due under the Note. Accordingly, the amount of $4,350,000 is immediately due and payable by Borrowers and Guarantor to Lender.

Please be advised that this notice is not intended as and does not constitute a waiver of any other rights or remedies that the Lender may have pursuant to the terms of any of the Loan Documents or otherwise. No failure to exercise any rights or remedies available to the Lender and no delay in exercising any such rights or remedies shall operate as a waiver of any rights which the Lender may have pursuant to the terms of the Loan Documents or otherwise.

Industrial Mineral Group, LLC
Kopper Glo Mining, LLC
INMET Mining, LLC
Page 2

      Please be advised that any acceptance by Lender of any future payments to the extent they do not represent the full indebtedness owed under the Loan Documents, shall not constitute a waiver by Lender of its acceleration under the Note.

      Please feel free to contact me or have your lawyer contact our counsel, J. Thomas Lane or Julia Chincheck of Bowles Rice LLP, with questions or to discuss. Thank you for your time and attention to this matter.

Sincerely,

BLUE TARPON CAPITAL, LLC

By:_____
Name: Corbin J. Robertson, III
Title: President

CJR/