IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BLUE TARPON CAPITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-00334-DCLC-DCP |
| INDUSTRIAL MINERALS GROUP, LLC, | ) District Judge Clifton L. Corker |
| KOPPER GLO MINING, LLC, and | ) |
| INMET MINING, LLC, | ) Magistrate Judge Debra C. Poplin |
| Defendants. | ) |

## DISCLOSURE STATEMENT

I, Jeremy A. Oliver, counsel of record for Plaintiff Blue Tarpon Capital, LLC ("Blue Tarpon" or "Plaintiff"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify to the best of my knowledge and belief:

✓ Blue Tarpon has no corporate interests to be identified under Rule 7.1 of the Federal Rules of Civil Procedure or Rule 12.4 of the Federal Rules of Criminal Procedure.

/s/ Jeremy A. Oliver
Jeremy A. Oliver (TN BPR #029329)
Kevin T. Elkins (TN BPR #033280)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-244-6380
Facsimile: 615-244-6804
Email: jeremy.oliver@wallerlaw.com
kevin.elkins@wallerlaw.com

*Attorneys for Plaintiff Blue Tarpon Capital, LLC*

4827-2607-6102

# CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2020, the foregoing Disclosure Statement was filed electronically via the Court's CMS/ECF system. Notice of this filing will be sent via United States mail, postage prepaid, to the following:

Industrial Minerals Group, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
992 Davidson Drive, Suite B
Nashville, Tennessee 37205

Kopper Glo Mining, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
992 Davidson Drive, Suite B
Nashville, Tennessee 37205

INMET Mining, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
992 Davidson Drive, Suite B
Nashville, Tennessee 37205

*Defendants*

                                                /s/ Jeremy A. Oliver

4827-2607-6102

2

Case 3:20-cv-00334-DCLC-DCP   Document 6   Filed 07/31/20   Page 2 of 2   PageID #: 130