IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **BLUE TARPON CAPITAL, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:20-cv-0334-DCLC-DCP |
| **INDUSTRIAL MINERALS GROUP, LLC,** | ) |
| **KOPPER GLO MINING, LLC, and** | ) |
| **INMET MINING, LLC,** | ) |
| **Defendants.** | ) |

## NOTICE OF CHANGE OF AFFILIATION

Please take notice that Jeremy A. Oliver, undersigned counsel for Plaintiff Blue Tarpon Capital, LLC ("Plaintiff"), is no longer affiliated with the law firm of Waller Lansden Dortch & Davis, LLP and is now affiliated with the law firm of Epstein Becker & Green, P.C. ("EBG"). Mr. Oliver's new contact information at EBG is:

Epstein Becker & Green, P.C.
Attention: Jeremy A. Oliver
424 Church Street, Suite 2000
Nashville, TN 37219
Telephone: 629-802-9250
Email: joliver@ebglaw.com

Mr. Oliver respectfully requests that the Court update its information accordingly. Counsel for Defendants has been notified of this change of affiliation.

Dated: January 10, 2022	Respectfully submitted,

	/s/ Jeremy A. Oliver
	Jeremy A. Oliver (TN BPR #029329)
	EPSTEIN BECKER & GREEN, P.C.
	424 Church Street, Suite 2000
	Nashville, TN 37219
	Telephone: 629-802-9250
	Email: joliver@ebglaw.com

	*Counsel for Plaintiff Blue Tarpon Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, the foregoing Notice of Change of Affiliation was filed electronically via the Court's CMS/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, who may access this filing through the Court's electronic filing system, and to counsel as follows:

James H. Price, Esq.
Lacy, Price & Wagner, P.C.
249 North Peters Road, Suite 101
Knoxville, TN 37923
jprice@lpwpc.com

*Counsel for Defendants*

/s/ Jeremy A. Oliver
Jeremy A. Oliver (TN BPR #029329)