IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **BLUE TARPON CAPITAL, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-cv-0334-DCLC-DCP |
| | ) |
| **INDUSTRIAL MINERALS GROUP, LLC,** | ) |
| **KOPPER GLO MINING, LLC, and** | ) |
| **INMET MINING, LLC,** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the parties, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate that this action is dismissed without prejudice to refiling the same in any court of competent jurisdiction, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Respectfully submitted January 10, 2022.

/s/ Jeremy A. Oliver
Jeremy A. Oliver, BPR # 029329
EPSTEIN BECKER & GREEN, P.C.
424 Church Street, Suite 2000
Nashville, TN 37219
(629) 802-9250
JOliver@ebglaw.com
*Attorney for Plaintiff*

/s/ James H. Price
James H. Price, BPR # 016254
LACY, PRICE & WAGNER, P.C.
249 N. Peters Road, Suite 101
Knoxville, TN 37923
(865) 246-0800
jprice@lpwpc.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, a true and exact copy of the foregoing Stipulation of Dismissal Without Prejudice was filed electronically via the Court's CMS/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, who may access this filing through the Court's electronic filing system, and to counsel as follows:

James H. Price, Esq.
Lacy, Price & Wagner, P.C.
249 North Peters Road, Suite 101
Knoxville, TN 37923
jprice@lpwpc.com

*Counsel for Defendants*

/s/ Jeremy A. Oliver
Jeremy A. Oliver, BPR # 029329